IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ROY RENFRO, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 06-2284-KHV |
| **SPARTAN COMPUTER** ) | |
| **SERVICES, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ORDER FINALLY APPROVING FLSA COLLECTIVE ACTION SETTLEMENT

Plaintiffs bring suit against Spartan Computer Services, Inc., Jack Steenhausen and Terry Connorton seeking recovery of unpaid overtime under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 et seq. This matter comes before the Court on the Joint Motion For Approval Of FLSA Collective Action Settlement And Award Of Attorneys' Fees (Doc. #373) filed July 10, 2008. For substantially the reasons set forth in the memorandum in support of the motion, see Memorandum In Support Of Joint Motion For Final Approval Of FLSA Collective Action Settlement And Award Of Attorneys' Fees (Doc. #49) filed July 10, 2008, and for good cause shown, the Court hereby approves the parties' proposed settlement of this bona fide dispute under the FLSA.[1]

---

[1] On June 26, 2008, the parties filed a joint motion to file under seal their settlement documents. See Joint Motion For Leave To File Settlement Documentation Under Seal (Doc. #371). They argued that the confidentiality of the settlement would preserve privacy interests and promote the amicable resolution of the claims. Id. The same day, Magistrate Judge David J. Waxse granted the parties leave to file the settlement documents under seal. See Order (Doc. #372).

The parties have not requested that the Court file under seal its order approving the settlement, and the Court can discern no basis for doing so. This order does not infringe any privacy interest or undermine the prospect of an amicable settlement. Given the paramount public interest in access to judicial records, see Holland v. GMAC Mortgage Corp., NO. 03-2666-CM, 2004 WL 1534179, at *1 (D. Kan. June 30, 2004), the Court will not file under seal its order approving the parties' settlement.

**IT IS THEREFORE ORDERED** that the <u>Joint Motion For Approval Of FLSA Collective Action Settlement And Award Of Attorneys' Fees</u> (Doc. #373) filed July 10, 2008 be and hereby is **SUSTAINED**.  The Court approves the <u>Settlement Agreement And Release Of Claims</u> ("Settlement Agreement"), attached hereto.  Defendants shall pay the settlement amounts in accordance with the terms of the Settlement Agreement.

**IT IS FURTHER ORDERED** that plaintiffs' counsel are entitled to attorneys' fees and costs in the amount of $127,500 which reflects 30 per cent of the global settlement fund provided under the Settlement Agreement.  As the representative plaintiff, Roy Renfro is entitled to an incentive award in the amount of $10,000.  The seven plaintiffs who traveled to Kansas City to give depositions are entitled to an incentive award in the amount of $3,000 each.  Defendants shall pay the attorneys' fees, costs and incentive awards in accordance with the terms of the Settlement Agreement.

Dated this 24th day of July, 2008 at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>
Kathryn H. Vratil<br>
United States District Judge